UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:10-cr-00193-JMS-DML-1 |
| | ) | |
| MELISSA SALINA SANDOVAL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore=s Report and Recommendation that

Melissa Salina Sandoval=s supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i),

Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now

approves and adopts the Report and Recommendation as follows:

1.      The defendant shall participate in a substance abuse treatment program at the

direction of the probation officer, which may include no more than eight drug test per month.   The

defendant shall abstain from the use of all intoxicants, including alcohol, while participating in a

substance abuse treatment program.   The defendant is responsible for paying a portion of the fees

of substance testing and or treatment.

1

2.     The defendant's terms and conditions of supervised release shall continue as previously imposed by the Court.


SO ORDERED

10/26/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana


Distribution to all registered counsel via electronic notification.